**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_Western_ DIVISION**

_Bruce Anthony Lewis_
(Enter Above the Name of the Plaintiff in this Action)

vs.

_Deandre Lamar Sloan_
(Enter above the name of the Defendant in this Action)

3:23 cv 308

**WALTER H. RICE**

MAGISTRATE JUDGE SILVAIN

If there are additional Defendants, please list them:

_____
_____
_____
_____

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

_Bruce Anthony Lewis_
Name - Full Name Please - PRINT

_155 lawn St_
Street Address

_Vandalia, Ohio 45377_
City, State and Zip Code

_937-250-3460_
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

**Defendant(s):**

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _Deandre Lamar Sloan_
   Name - Full Name Please
   _333 Mestonwood Dr, Richardson, TX 75081_
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☒ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _42_ United States Code, Section _1983_
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I Bruce A Lewis made an investment of 8,000 dollars with Deandre Lamar Sloan of purchase of a Semi tracter trailor truck.

Deandre Lamar Sloan was to pay me 4,000 dollars a week.

Since my investment of 8,000 dollars with Deandrea Lamar Sloan I have recieved no payment.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| 06-CV2077 | Bruce A Lewis | vs. Halmart Cards |
| 4:12CV924 | Bruce A Lewis | vs. three Clinton Goff + Hallmark Cards |
| 3:16CV189 | Bruce A Lewis | vs. Carolyn Carty, Margarett Powers + Basil Zenger |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I Bruce Anthony Lewis wish to be payed the 4000 dollars /a week until he / has paid me 75,100 dollars.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 7 day of October, 2023.

Bruce A Lewis
Signature of Plaintiff

-4-