IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRUCE ANTHONY LEWIS,          :
    Plaintiff,
    v.                                            :          Case No. 3:23-CV-308
DEANDRE LAMAR SLOAN,                            JUDGE WALTER H. RICE
    Defendant.                  :

---

DECISION AND ENTRY DISMISSING CASE WITHOUT PREJUDICE FOR FAILING TO EFFECTUATE SERVICE UNDER FED. R. CIV. P. 4(M); TERMINATION ENTRY

---

The Complaint in this action was filed on October 11, 2023. The Court has not been provided with documentation showing that service has been made on upon Defendant. On April 15, 2024, the Court issued an Order to Show Cause, Doc. #8, for why the case should not be dismissed for lack of service and set the response date as April 29, 2024. No response was ever filed.

Because the Defendant was not served within 90 days after the complaint was filed, and because Plaintiff has not shown good cause for the failure in service or otherwise moved under Fed. R. Civ. P. 6(b) to extend the period for effecting service of process, the requirements laid out in Federal Rule Civil Procedure 4(m) mandate dismissal of the action.

The captioned case is dismissed without prejudice and is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: May 13, 2024

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE